## CERTIFICATE OF SERVICE

I, Brian A. Wilkins, under penalty of perjury, hereby declare that a copy of this foregoing memorandum, along with the Demand for Arbitration (Consumer Arbitration Rules), Exhibits list, and Exhibits A through H were mailed On March 3, 2022 via UPS with signature and delivery confirmation to:

CT Corporation System
Paypal, Inc.
330 N. Brand Blvd. Ste. 700
Glendale, CA 91203

A copy of this foregoing memorandum, Demand for Arbitration (Consumer Arbitration Rules), Exhibits list, Exhibits A through H, a copy of PayPal User Agreement (Arbitration clause on pages 47-53), were filed electronically via https://apps.adr.org/ on March 3, 2022. The $200 filing fee was also paid electronically that day.

A courtesy copy of this foregoing memorandum, along with the Demand for Arbitration (Consumer Arbitration Rules), Exhibits list, and Exhibits A through H were emailed on March 3, 2022 to:

Patricia Brum
Snell & Wilmer
pbrum@swlaw.com