

# U.S. District Court

## California Northern - San Jose

Receipt Date: Jun 14, 2023 12:56PM

Brian A. Wilkins
2800 University Avenue
#420-296
West Des Moines, IA 50266

Rcpt. No: 511019019                  Trans. Date: Jun 14, 2023 12:56PM                  Cashier ID: #BW

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #22-033127439 | 06/7/2023 | $402.00 |

Total Due Prior to Payment: $402.00
Total Tendered: $402.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 23-2931-VKD

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.